JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS<br><br>           Plaintiffs,<br>     v.<br><br>GAMMA CONSTRUCTION SERVICES, INC.<br><br>           Defendants. | Case No. EDCV14-01225 JGB (SPx)<br><br>JUDGMENT<br><br>Judge: Honorable Jesus G. Bernal |

Judgment

This Court has granted the Motion for Summary Judgment by Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS (collectively "PLAINTIFFS") against Defendant GAMMA CONSTRUCTION SERVICES, INC.

IT IS ORDERED AND ADJUDGED that PLAINTIFFS shall recover from DEFENDANT:

| | |
|---|---|
| Contributions: | $ 75,189.19 |
| Liquidated Damages: | $ 24,359.43 |
| Prejudgment Interest: | $ 15,728.69 |
| Audit Costs | $ 1,317.50 |
| Attorney's Fees: | $ 5,723.87 |
| **Total Judgment:** | **$ 122,318.68** |

Additionally, DEFENDANT is ORDERED to submit its monthly reports, as required by the Agreements, for the period between January 2015 and the present. Judgment is entered on August 13, 2015.

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Judgment